## **AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Jorja Agrait, having been first duly sworn, hereby depose and state as follows:

## **INTRODUCTION AND AGENT BACKGROUND**

1. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252, et seq.

2. I am a Special Agent with the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"). I have been employed as an HSI Special Agent since March 2025. I am currently assigned to the Special Agent in Charge Human Exploitations Investigations Group (HEIG) in San Juan, Puerto Rico. My duties include investigating violations of federal law involving the sexual exploitation of children such as trafficking and possession of child pornography, coercion and enticement of minors, and child prostitution.

3. Prior to HSI, I was a Special Agent with the Unites States Secret Service (USSS) since 2022 and participated in numerous investigations involving the sexual abuse of minors, the sexual exploitation of minors, and the execution of federal search and arrest warrants. This information contained in this affidavit is based on my personal knowledge, training and experience, as well as information provided to me by other law enforcement officers and reliable sources.

4.  The information set forth in this Affidavit is provided in support of the attached criminal complaint charging Michael Joseph Andrade (hereinafter "ANDRADE") with the following violations: Transportation of Material Depicting the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(1); and Possession of Material Depicting the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

5.  The statements contained in this Affidavit are based upon my personal knowledge, as well as information provided to me by other law enforcement officers. This Affidavit does not include every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause that the offenses were committed. As such, it does not include each and every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

6.  On or about March 14th, 2026, ANDRADE entered the United States at the San Juan Seaport Pier 2 in San Juan, Puerto Rico via Virgen Cruise Line arriving from Tortola.

7.  Upon arriving at San Juan Seaport Pier 2 on March 14th, 2026, ANDRADE was selected for secondary inspection by United States Customs and Border Protection ("CBP") officers.

8.  At secondary inspection, CBP officers inspected ANDRADE's personal property including a Samsung Galaxy S22 Ultra mobile phone (the "device"). ANDRADE told CBP that he owned the device and ANDRADE provided CBP with the passcode to unlock the device.

9.  CBP conducted a manual inspection of the device pursuant to border search authority and discovered several photos of child pornography, that is sexually explicit images of minors, including image and video files that depict prepubescent children, appearing to be under the age of twelve, engaging in sexual acts. The child pornography files were observed in the device saved in applications which were located inside of another locked application titled, "Top".

10. Your Affiant previewed the files located on the device and observed the following image and video files depicting child pornography:

   a. Over 150 videos and images in a locked application named "gallery", with date ranges of the files ranging from on or about January 19, 2025, to on or about March 4th, 2025 depicting numerous images and videos files including the following.

      i.   A minor prepubescent female, approximately five to eight years of age, masturbating with a writing utensil.

      ii.  A close-up photo of a vagina of a prepubescent minor female, approximately five to eight years of age.

      iii. A prepubescent minor female approximately five to eight years of age, with an exposed vagina, masturbating.

   b. Over 20 image and video files located in a locked application named, "My Files" with a date range from on or about July 2025 to on or about March 2025 including the following;

      i.   Video files of a prepubescent minor female, approximately five to eight years of age, with her vagina exposed and masturbating with a hairbrush.

   ii. Image files of a prepubescent minor female, approximately five to eight years of age, with her legs spread apart and her vagina visible.

11. HSI SAs conducted a custodial interview of ANDRADE beginning at 1100 hours at the San Juan Seaport Pier 2. HSI SAs audio recorded the interview and read ANDRADE his Miranda Rights which he agreed to waive and signed a waiver form. ANDRADE told SAs he watches and downloads child pornography. ANDRADE told HSI SAs he has been watching child pornography for approximately twelve years. He also told SAs that he entered the Seaport in San Juan, Puerto Rico from a cruise arriving from Tortola. The interview concluded at approximately 1115 hours.

**CONCLUSION**

12. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that Michael Jospeh ANDRADE committed violations of: Transportation of Material Depicting the Sexual Exploitation of Minors, in violation of 18 U.S.C. § 2252A(a)(l) (transportation of child pornography) and 18 U.S.C. § 2252A(a)(5)(8) (possession of child pornography).

Respectfully Submitted,

JORJA W AGRAIT
Digitally signed by JORJA W AGRAIT
Date: 2026.03.14 17:23:04 -04'00'

Jorja Agrait
Special Agent
Homeland Security Investigations

Sworn in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone at  6:54 PM  on March  14th , 2026, in San Juan, Puerto Rico.

Marshal D. Morgan
United States Magistrate Judge
District of Puerto Rico